UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD PIERCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEM MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.: C 04-4376 PVT<br><br>**ORDER VACATING TRIAL AND PRETRIAL DATES AND SCHEDULING DISMISSAL HEARING** |

On April 18, 2006, Plaintiff submitted a Stipulated Notice of Settlement and Request to Vacate All Currently Set dates.[1] Based on the Stipulated Notice and the file herein,

IT IS HEREBY ORDERED that the trial and pretrial dates are VACATED.

IT IS FURTHER ORDERED that this case is hereby set for a dismissal hearing at 2:00 p.m. on July 18, 2006. If no stipulated dismissal or consent judgment is filed by July 10, 2006, then no later than July 11, 2006, Plaintiff shall file a statement setting forth the status of the case.

Dated: *4/18/06*

　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*